237 P.3d 1194

# SUPREME COURT OF HAWAI'I

State v. Vinhaca . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28571     08/04/2010    Affirmed